UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARLOS ALBERTO GARCIA #36134-298,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-00973<br>SEC P |
| VERSUS | JUDGE DRELL |
| COUNSELOR SOUTH CENTRAL REGIONAL ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 12), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Complaint (ECF Nos. 1, 5) is hereby DENIED and DISMISSED WITH PREJUDCE as untimely under §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 25th day of February 2021.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE